**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RANDAL RAY SEAL,<br><br>　　Defendant/Judgment Debtor,<br><br>　and<br><br>VANGUARD GROUP, INC.,<br><br>　　　　　Garnishee. | NO.  2:16-MC-00189-RSL<br><br>(2:10-CR-00361-JLR-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Vanguard Group, Inc., has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Vanguard Group, Inc., filed an Answer on January 13, 2017 [doc. no. 7], stating that at the time of the service of the Writ, it had in its possession, custody, or control, a traditional IRA brokerage account, valued at $151,864.30, in which Mr. Seal maintains an interest and is eligible to withdraw.

//

**CONTINUING GARNISHEE ORDER** (*USA v. Randal Ray Seal and Vanguard Group, Inc.*, **Nos. 2:16-MC-00189-RSL / 2:10-CR-00361-JLR-1) - 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After the United States completed service of the of the garnishment proceeding upon Garnishee on January 6, 2017, and Defendant/Judgment Debtor Seal on January 13, 2017, Mr. Seal, through counsel, served an objection and request for hearing on the United States Attorney's Office (USAO) on February 3, 2017. On March 2, 2017, the United States Attorney's Office e-mailed Mr. Seal's counsel's office and advised them that they needed to file an objection with the Court. No form of objection or request for a hearing has been filed with the Court to date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Vanguard Group, Inc., shall pay to the United States District Court for the Western District of Washington, the entire amount (less federal tax withholdings paid to the Internal Revenue Service) of non-exempt property from any and all accounts in the Garnishee's possession, custody, or control, including, but not limited to, the traditional IRA brokerage account, in which the Defendant maintains an interest and meets the requirements to withdraw;

That such payment shall be applied to Defendant/Judgment Debtor Seal's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payment shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:10-CR-00361-JLR-1 and 2:16-MC-00189-RSL, and to deliver such payment either personally or by First Class Mail to:

**CONTINUING GARNISHEE ORDER** (*USA v. Randal Ray Seal and Vanguard Group, Inc.,* Nos. 2:16-MC-00189-RSL / 2:10-CR-00361-JLR-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

Dated this 27th day of June, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER** (*USA v. Randal Ray Seal and Vanguard Group, Inc.,* **Nos. 2:16-MC-00189-RSL / 2:10-CR-00361-JLR-1) - 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970